454 A.2d 172

Commonwealth v. Collins, Appellant.

Submitted May 20, 1982.
Daniel R. Lovette, III, Assistant Public Defender, for appellant; D. Long, District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.